IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BLAINEY O. ELKINS, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER, <br> Social Security Administration, <br><br> Defendant. | Case No. 6:21-cv-00737-MC <br><br> ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA |

Based upon the Stipulation of the parties, it is ORDERED that attorney fees in the amount of $14,824.04 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  Pursuant to *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010), if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program, payment of this award shall be made by check made payable and mailed to Plaintiff's counsel, Katherine L. Eitenmiller, WELLS, MANNING, EITENMILLER & TAYLOR, P.C., 474 Willamette Street, Eugene, Oregon 97401.  If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's address provided above.  There are no costs or expenses to be paid herein.

    Dated this  17th  day of    April         2024.

                                          s/Michael J. McShane                              
                                          MICHAEL J. MCSHANE  
                                          United States District Judge

Proposed Order submitted by:  
Katherine L. Eitenmiller  
WELLS, MANNING, EITENMILLER & TAYLOR, P.C.  
474 Willamette Street, Eugene, OR 97401  
(541) 686-1969  
keitenmiller@wmetattorneys.com  
Of Attorneys for Plaintiff